**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Bulmaro GOMEZ–GALVAN,
Defendant—Appellant.**

No. 01–10495.
D.C. No. CR–01–00018–LDG.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002 *.

Decided June 18, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

## MEMORANDUM **

Bulmaro Gomez–Galvan appeals his guilty plea conviction and 72–month sentence for unlawful reentry of a deported alien in violation of 8 U.S.C. § 1326(a). Gomez–Galvan contends that under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court deprived him of due process by imposing a sentence greater than Section 1326(a)'s two-year maximum based on Gomez–Galvan's prior aggravated felony, where he did not admit to having previously committed an aggravated felony.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Gomez–Galvan, who states that he presents the issue merely to preserve it in the event of ensuing favorable Supreme Court precedent, acknowledges that his argument is foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.), *cert. denied*, 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001). Accordingly, the judgment and sentence are AFFIRMED.

---

*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.*